**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 97-6830**

—————————

JAMES AARON HAYES,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN; LYNN PHILLIPS,

Defendants - Appellees,

and

JAMES B. FRENCH,

Defendant.

—————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, Chief District Judge.  (CA-96-436-5-BO)

—————————

Submitted:  April 29, 1998          Decided:  May 13, 1998

—————————

Before MURNAGHAN, NIEMEYER, and WILLIAMS, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

James Aaron Hayes, Appellant Pro Se.  J. Philip Allen, Richard Earl Slipsky, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hayes v. Freeman, No. CA-96-436-5-BO (E.D.N.C. May 23, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2